IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD SPEARS,<br><br>                    **Plaintiff,**<br><br>v.<br><br>OKMULGEE COUNTY CRIMINAL<br>JUSTICE TRUST AUTHORITY et al.,<br><br>                    **Defendants.** | Case No. 23-CV-65-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 23. The Magistrate Judge recommends that the Motion to Dismiss Plaintiff's Amended Complaint filed by Defendant Okmulgee County Criminal Justice Trust Authority [Dkt. No. 13] be DENIED and that defective service of process be QUASHED.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court.

IT IS THEREFORE ORDERED that:

1. Defendant Okmulgee County Criminal Justice Trust Authority's Motion to Dismiss Plaintiff's Amended Complaint [Dkt. No. 13] is DENIED;

2. The defective service of process on Defendants is QUASHED; and

3. Plaintiff shall have fourteen (14) days from the entry of this Order to file a second amended complaint and to effectuate proper service of process on Defendants under Federal Rule of Civil Procedure 4.

Dated this 22nd day of June 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE