IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

RONALD SPEARS,

          Plaintiff,

v.                                                                           Case No. 23-CV-65-JFH-GLJ

OKMULGEE COUNTY CRIMINAL
JUSTICE TRUST AUTHORITY et al.,

          Defendants.

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 58. The Magistrate Judge recommends that the Motion for Summary Judgment filed by Defendants Board of Commissioners of Okmulgee County and Okmulgee County Criminal Justice Trust Authority ("Defendants) [Dkt. No. 50] be GRANTED and that Defendants' Motion for Confession of Judgment [Dkt. No. 54] and Motion in Limine [Dkt. No. 57] be DENIED as moot.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment [Dkt. No. 50] is GRANTED;

2. Defendants' Motion for Confession of Judgment [Dkt. No. 54] and Motion in Limine [Dkt. No. 57] are DENIED as moot.

Dated this 27th day of March 2025.

                                            JOHN F. HEIL, III
                                            UNITED STATES DISTRICT JUDGE